ORDERED.

Dated: February 13, 2024

_____
Roberta A. Colton
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Case No.8:19-bk-05758-RCT |
| | Chapter 13 |

DANIEL PAUL PETTYJOHN
MARY G. JONES

　Debtor
_____/

**ORDER RESERVING RULING ON TRUSTEE'S MOTION**
**TO DISMISS FOR FAILURE TO MAKE PLAN PAYMENTS**
**TO THE TRUSTEE AND GRANTING PERIOD TO CURE DEFAULT**

　　THIS MATTER came on for consideration for the purpose of the entry of an appropriate Order in the above Styled Chapter 13 Case, upon the Trustee's Motion to Dismiss for Failure to Make Plan Payments to the Trustee (Doc. No. 31). The Court, having reviewed the motion and based upon the facts set forth therein, it is

　　ORDERED:

　　1.　The Debtor shall make the February 18, 2024 & March 18, 2024 payments of $931.00 each, both on time. The Debtor shall also cure all delinquencies and bring all payments current under the Plan by paying to the Chapter 13 Trustee the additional sum of $3,659.00

---

*All reference to "Debtor" shall include and refer to both of the Debtors in a case filed jointly by two individuals.

on or before April 18, 2024, which amount includes the April 2024, payment.

2. In the event Debtor fails to make the payments required to be made on time, as provided in paragraph 1 above and/or cure arrearages as herein provided, the Trustee shall, without further notice to the Debtor, submit for this Court's consideration an Order dismissing the case for failure to make plan payments.

3. Assuming the Debtor(s) bring all payments to the Trustee current pursuant to Paragraph 1 above, the Court will reserve ruling on the Trustee's Motion to Dismiss. In the event payments to the Trustee hereafter become delinquent, the Trustee may file a Notice of Default, giving the Debtor(s) thirty (30) days to cure the delinquency in plan payments. If the Debtor(s) fail to become current with their plan payments within thirty (30) days of the Notice of Default, the Trustee may, without further notice to the Debtor(s), submit an Order dismissing the above-styled Chapter 13 case.

Trustee Kelly Remick is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this Order.

KR/ss                                                                                             C13T 2/13/24